FILED
July 24, 2013
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | CASE NUMBER: 2:13-mj-00222-KJN |
| Plaintiff, | ) | |
| v. | ) | ORDER FOR RELEASE |
| | ) | OF PERSON IN CUSTODY |
| JOLENE CHAN, | ) | |
| | ) | |
| Defendant. | ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Jolene Chan; Case 2:13-mj-00222-KJN</u> from custody and for the following reasons:

    \_    Release on Personal Recognizance

    \_    Bail Posted in the Sum of _____

    X    Unsecured Appearance Bond in the amount of <u>$50,000.00</u>, co-signed by Nirun Thondpet

    \_    Appearance Bond with 10% Deposit

    \_    Appearance Bond secured by Real Property

    \_    Corporate Surety Bail Bond

    X    (Other) <u>Pretrial Supervision/Conditions;</u>

Issued at   <u>Sacramento, CA</u>   on   <u>7/24/2013</u>   at   2:15 p.m.

By _____
Kendall J. Newman
United States Magistrate Judge