```
1  BENJAMIN B. WAGNER
   United States Attorney
2  JUSTIN L. LEE
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>JOLENE CHAN,<br><br>  Defendant. | 2:13-CR-0393-MCE<br><br>STIPULATION AND ORDER CONTINUING STATUS HEARING AND SETTING CHANGE OF PLEA HEARING<br><br>Judge: Morrison C. England, Jr. |

**STIPULATION**

The United States, by and through its undersigned counsel, and the defendant, by and through her counsel of record, hereby stipulate as follows:

1. This matter was previously set for a Status Hearing on April 17, 2014.

2. By this Stipulation, the parties now move to continue the matter and set this case for a Change of Plea Hearing on May 1, 2014, at 9:00 a.m.

3. The parties have discussed resolution of this matter.  The parties need further time to discuss this matter, discuss any

Stipulation to Continue                1                United States v. Chan

potential consequences, and to allow counsel for the defendant reasonable time necessary for preparation and further investigation.

4. The defendant is presently out of custody and subject to the supervision of a Pretrial Services Officer.
5. Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.
6. The government does not object to the continuance.
7. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.
8. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of April 17, 2014 to May 1, 2014, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///

**IT IS SO STIPULATED.**

DATED: April 15, 2014                 /s/ Justin L. Lee
                                      JUSTIN L. LEE
                                      Assistant U.S. Attorney

DATED: April 15, 2014                 /s/ Michael L. Chastaine
                                      MICHAEL L. CHASTAINE
                                      Attorney for Jolene Chan
                                      (as authorized on April 15, 2014)

**ORDER**

   IT IS SO FOUND AND ORDERED.

Dated:  April 28, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT