```
BENJAMIN B. WAGNER
United States Attorney
JUSTIN L. LEE
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JOLENE CHAN,<br><br>　　　　Defendant. | 2:13-CR-0393-MCE<br><br>STIPULATION AND ORDER CONTINUING JUDGMENT AND SENTENCING<br><br>Judge: Morrison C. England, Jr. |

**STIPULATION**

The United States, by and through its undersigned counsel, and the defendant, by and through her counsel of record, hereby stipulate as follows:

1. This matter was previously set for Judgment and Sentencing on August 21, 2014.

2. By this Stipulation, the parties now move to continue the Judgment and Sentencing to September 25, 2014, at 9:00 a.m.

3. The parties need further time to prepare for the sentencing hearing.

///

4. The defendant is presently out of custody and subject to the supervision of a Pretrial Services Officer.

5. The Probation Officer does not object to the continuance.

**IT IS SO STIPULATED.**

DATED: August 9, 2014          /s/ Justin L. Lee
                               JUSTIN L. LEE
                               Assistant U.S. Attorney

DATED: August 9, 2014          /s/ Michael L. Chastaine
                               MICHAEL L. CHASTAINE
                               Attorney for Jolene Chan
                               (as authorized on August 8, 2014)

**ORDER**

IT IS SO ORDERED.
Dated:  August 13, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT