UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA


M E M O R A N D U M


Honorable Morrison C. England, Jr.          **RE:  Jolene Chan**
United States District Judge                          **Docket Number:  0972 2:13CR00393-002**
Fresno, California                                         **PERMISSION TO TRAVEL**
                                                                     **OUTSIDE THE COUNTRY**


Your Honor:


Jolene Chan is requesting permission to travel to Osan Air Force Base, Korea, and Bangkok, Thailand.    Jolene Chan is current with all supervision obligations, and the probation officer recommends approval be granted.


**Conviction and Sentencing Date:**   On September 25, 2014, Jolene Chan was sentenced for the offenses of 21 USC §§ 846 and 841(a)(1) Conspiracy to Distribute Marijuana and 31 USC § 5324(b)(4) – Avoid Currency Transaction Reporting Requirement (Class D Felonies).


**Sentence Imposed:**  10 months custody in the Bureau of Prisons; 36 months Supervised Release and $200 Special assessment (Paid)


**Dates and Mode of Travel:**  April 30, 2017, to June 3, 2017.  Mode of travel will be determined upon Court approval.


**Purpose:**  To visit boyfriend (Robert Hunter Wallis) and her family, and for leisure/vacation.


1

RE:    **Jolene Chan**
       **Docket Number:  0972 2:13CR00393-002**
       **PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**


                              Respectfully submitted,

                         /s/ Brian J. Bedrosian  *for*

                              TIM D. MECHEM
                    Supervising United States Probation Officer


Dated:     November 21, 2016
           Fresno, California
           TDM/rmv
                         /s/ Brian J. Bedrosian
        **REVIEWED BY:      BRIAN J. BEDROSIAN**
                           **Supervising United States Probation Officer**


## ORDER OF THE COURT

        ☒     Approved     ☐     Disapproved


**Dated:  November 29, 2016**

                                        MORRISON C. ENGLAND, JR
                                        UNITED STATES DISTRICT JUDGE

2