UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA


M E M O R A N D U M


| | |
|---|---|
| Honorable Morrison C. England, Jr.<br>United States District Judge<br>Fresno, California | **RE:  Jolene Chan**<br>**Docket Number:  0972 2:13CR00393-002**<br>**PERMISSION TO TRAVEL**<br>**OUTSIDE THE COUNTRY** |

Your Honor:

Jolene Chan is requesting permission to travel to Osan, Korea, and Tokyo, Japan.  Jolene Chan had previously requested travel and was approved on November 29, 2016; however, her travel plans have changed.  She is now requesting permission to travel to Tokyo, Japan in lieu of Bangkok, Thailand.  The travel to Osan, Korea and the dates are to remain the same.  Ms. Chan continues to be current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:**   On September 25, 2014, Jolene Chan was sentenced for the offenses of 21 USC §§ 846 and 841(a)(1) Conspiracy to Distribute Marijuana and 31 USC § 5324(b)(4) – Avoid Currency Transaction Reporting Requirement (Class D Felonies).

**Sentence Imposed:**  10 months custody in the Bureau of Prisons; 36 months Supervised Release and $200 Special assessment (Paid)

**Dates and Mode of Travel:**  April 30, 2017, to June 3, 2017.  United Airlines and Korean Air.

**Purpose:**  To visit boyfriend (Robert Hunter Wallis) and for leisure/vacation.

1

**RE:** **Jolene Chan**
**Docket Number:  0972 2:13CR00393-002**
**PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**

Respectfully submitted,

/s/ Tim Mechem

TIM D. MECHEM
Supervising United States Probation Officer

Dated: March 29, 2017
Fresno, California
TDM/rmv

/s/ Brian J. Bedrosian

**REVIEWED BY:**   **BRIAN J. BEDROSIAN**
**Supervising United States Probation Officer**

## ORDER OF THE COURT

☒   Approved   ☐   Disapproved

**Dated: March 31, 2017**

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE